IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**DAVID P. FUGE,**                                      3:11-CV-01236-BR

    **Plaintiff,**                                   JUDGMENT

**v.**

**MICHAEL J. ASTRUE,**
**Commissioner of Social**
**Security,**

    **Defendant.**

    Based on the Court's Opinion and Order issued January 4, 2013, the Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

    DATED this 4th day of January, 2013.

                                                     /s/ Anna J. Brown

                                                ANNA J. BROWN
                                                United States District Judge

1 - JUDGMENT